# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135069

CURTIS JACKSON, #282320

      Plaintiff-Appellant,

v

ATTORNEY GRIEVANCE COMMISSION,

      Defendant-Appellee.
_____

SC: 135069
AGC: 1952/07

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of October 17, 2007, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2007

_____
Clerk

jm